IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JONATHAN E. SAUER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 5:04cv00088 |
| SYSCO FOOD SERVICES OF VIRGINIA, LLC, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

This day the Plaintiff, who is appearing *Pro Se*, advised the Court that he is requesting that his Complaint be dismissed. Plaintiff has voluntarily decided that he does not want to pursue his claims against the Defendant. Accordingly, for good cause shown, it ORDERED that this case is dismissed with prejudice.

The Clerk shall strike this case from the active docket and certify copies of this ORDER to Mr. Sauer and to Mr. Leeson.

Entered this 24th of June, 2005.

_____
Judge

I voluntarily request the entry of this Order.

_____
Jonathan E. Sauer
2560-A Mosby Road
Harrisonburg, Virginia 22801

18547/1/1283503.1